974 F.2d 1279
 Edgar H. BATTLE, d/b/a Edgar H. Battle Funeral Home; et
al., Plaintiffs,
James L. Taylor, individually, and as the administrator of
the Estates of James Jackson Taylor and Laura F. Taylor,
deceased, Frances Louise Taylor Spence, Debra Taylor, Diane
Taylor Stafford, Phillip Taylor, Gretta Taylor and Annie J.
Elrod, individually and as executrix of the Estate of David
A. Elrod, deceased, Plaintiffs-Intervenors-Appellants,
v.
LIBERTY NATIONAL LIFE INSURANCE COMPANY; Brown Service
Funeral Homes Company, Inc.; Service Insurance
Company of Alabama, and all others
similarly situated,
Defendants-Appellees.
 No. 91-7700.
 United States Court of Appeals,
Eleventh Circuit.
 Oct. 14, 1992.
 
 Don B. Long, Jr., Johnston Barton Proctor Swedlaw & Naff, Birmingham, Ala., Jimmy Alexander, Alexander Corder & Plunk, P.C., Athens, Ala., for plaintiffs-intervenors-appellants.
 Warren B. Lightfoot, William R. Lucas, Jr., Lightfoot Franklin White & Lucas, Birmingham, Ala., for Liberty National Life Ins. Co.
 Andrew P. Campbell, Shawn Hill Crook, Leitman, Siegal, Payne & Campbell, Birmingham, Ala., for Aubrey Carr & Carr Enterprise Services, Inc.
 George R. Stuart, III, Birmingham, Ala., for Funeral Director Class.
 Appeal from the United States District Court for the Northern District of Alabama; Myron H. Thompson, Chief Judge, Presiding.
 Before ANDERSON, Circuit Judge, HILL and ESCHBACH*, Senior Circuit Judges.
 PER CURIAM:
 
 
 1
 Appeal is taken from the judgment of the Honorable Myron H. Thompson denying the intervenors' 60(b)(4) motion for relief from judgment. That judgment was accompanied by a detailed memorandum order, Battle v. Liberty Nat'l Life Ins. Co., 770 F.Supp. 1499 (N.D.Ala.1991). We have carefully reviewed the record, Judge Thompson's dispositive order and opinion, and the briefs of counsel. Oral argument was heard in Atlanta on June 25, 1992.
 
 
 2
 We are not presented with any reversible error on the part of the district judge. The judgment dismissing the case is
 
 
 3
 AFFIRMED.
 
 
 
 *
 Honorable Jesse E. Eschbach, Senior U.S. Circuit Judge for the Seventh Circuit, sitting by designation